PeR CuriaM.
 

 Whitesides was defendant to an action commenced against him by James Tabb, and after his death continued by his administrator. Searcey was surety for prosecution of the suit. The cause was determined in favor of Whitesides ; and the
 
 scire facias
 
 was against him as surety. In which it is stated that he, Searcey, become surety for the prosecution of the action. Searcey demurred.
 

 The bond for prosecution is so far a record that a
 
 sci. fa.
 
 may be founded upon it; but it does not in * all respects partake of the qualities of a record. For to it the defendant may plead
 
 non est factum,
 
 and therefore it ought to be described with particularity in the
 
 sci. fa.,
 
 and should be produced, if required.
 

 There cannot in general be oyer of a record, for by reference the defendant may search for and find it.
 
 Nul tiel record
 
 pleaded in this case would not put in issue the execution of the bond.
 

 Here the judgment on the
 
 sci. fa.
 
 is for nearly $200, and it is stated that the suretyship was for $100 only ; for this reason also the judgment is erroneous.
 
 Judgment reversed.
 

 See
 
 Maxwell
 
 v.
 
 Salts,
 
 4 Cold. 233; King’s Digest, 1669-71.